IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARY J. WALKER,

  Plaintiff,

v.

METHODIST HOSPITALS OF DALLAS,

  Defendant.

Case No. 3:20-CV-01722-N

## PLAINTIFF and DEFENDANT'S MOTION TO EXTEND TIME TO COMPLETE MEDIATION

**NOW COME** Plaintiff, MARY J. WALKER, by and through her undersigned counsel, and Defendant, METHODIST HOSPITALS OF DALLAS, by and through their undersigned counsel, moving this Honorable Court to extend the deadline to complete mediation, and in support thereof, stating as follows:

1. Plaintiff filed her Complaint against Defendant on June 30, 2020 [Dkt. 1].

2. On August 14, 20201 this honorable court issued a Scheduling Order stating mediation must be completed by March 12, 2021. [Dkt. 13].

3. Plaintiff and Defendant are in the process of completing discovery.

4. Defendant's deposition has been noticed for May 6, 2021.

5. The parties are hereby requesting an extension of 60 days to complete mediation.

6. The relief sought herein is sought in good faith and will not prejudice any parties.

7. The parties firmly believe mediation will provide an opportunity for a settlement to be reached.

**WHEREFORE**, Plaintiff and Defendant respectfully request the Court to enter an order rescheduling the deadline to complete mediation to Tuesday, May 11, 2021 and grant such other relief as the Court deems appropriate.

Date: March 8, 2021                                   Respectfully submitted,

                                                           */s/ Victor T. Metroff*
                                                           Victor T. Metroff, Esq.
                                                           Mohammed O. Badwan, Esq.
                                                           Sulaiman Law Group, Ltd.
                                                           2500 S. Highland Ave, Suite 200
                                                           Lombard, IL 60148
                                                           Telephone: (630) 575-8181
                                                           Facsimile: (630) 575-8188
                                                           vmetroff@sulaimanlaw.com
                                                           mbadwan@sulaimanlaw.com
                                                           *Counsel for Plaintiff*

                                                           */s/ Christopher L. Chauvin*
                                                           Christopher L. Chauvin
                                                           Thompson Knight
                                                           One Harts Plaza, 1722 Routh Street
                                                           Suite 1500
                                                           Dallas, TX 75201
                                                           Telephone: (214) 969-1662
                                                           Facsimile: (214) 880-3385
                                                           Chris.chauvin@tklaw.com

## CERTIFICATE OF SERVICE

I, Victor T. Metroff, an attorney, certify that on March 8, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                                                           /s/ *Victor T. Metroff*