IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY J. WALKER,<br><br>　　Plaintiff,<br><br>v.<br><br>METHODIST HOSPITALS OF DALLAS,<br><br>　　Defendant. | Case No. 3:20-cv-01722-N |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that MARY J. WALKER ("Plaintiff") and METHODIST HOSPITALS OF DALLAS ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: May 18, 2021

Respectfully submitted,

MARY J. WALKER

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1