# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARY J. WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>METHODIST HOSPITALS OF DALLAS,<br><br>    Defendant. | Case No. 3:20-CV-01722-N |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARY J. WALKER, and the Defendant, METHODIST HOSPITALS OF DALLAS, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 15, 2021

MARY J. WALKER

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

METHODIST HOSPITALS OF DALLAS

*/s/ Christopher L. Chauvin*
Christopher L. Chauvin
Texas Bar No. 24045644
chris.chauvin@tklaw.com
Alexander T. Dimock
Texas Bar No. 24094628
alex.dimock@tklaw.com
 **THOMPSON &KNIGHT LLP**
 1722 Routh Street, Suite 1500
 Dallas, Texas 75201
 (214) 969-1700
 (214) 969-1751 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify on July 15, 2021, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Mohammed O. Badwan*